Glenn YOUNG v. DEPARTMENT OF SOCIAL WELFARE, No. 303-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

STATE of Vermont v. Henry HASTINGS, No. 313-79

September 8, 1980. Appellant is given until October 10, 1980, to order trial court transcript and to pay the estimated cost thereof in full, or the appeal will be dismissed.

Nikki N. MOSES, d/b/a Moses Real Estate v. Claude B. GAGNE, Mariette Gagne and Rowland Peterson, No. 394-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

Dean Merrill HALL and Francis Hall v. STRATTON CORPORATION, No 398-79

September 8, 1980. Appellant's brief shall be filed by November 1, 1980, or cause dismissed.

IN RE J. L. M., Juvenile, No. 411-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

STATE of Vermont v. Robert E. BLEAU, No. 430-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.

STATE of Vermont v. Michael FOSTER, No. 446-79

September 8, 1980. Appellee's brief shall be filed by October 10, 1980, or the appellee shall be subject to the provisions of V.R.A.P. 31(c) with respect to oral argument.